IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allen Dwayne Thompson,<br><br>            Petitioner,<br><br>v.<br><br>Becky Clay,<br><br>           Respondent. | No. CV-12-00861-TUC-CKJ<br><br>**ORDER** |

On August 7, 2014, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation (Doc. 28) in which he recommended that the *Pro Se* Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 be denied. The Report and Recommendation notified the parties that they had fourteen days to file any objections. Thereafter, Petitioner filed a Motion to Compel Items (Doc. 30) and a Motion for Extension of Time to File Objections (Doc. 31). On September 11, 2014, the Court denied the Motion to Compel and gave Petitioner 10 days from service of a copy of the Order to file written objections. (Doc. 34.) No objections have been filed.

The Court has reviewed and considered the *Pro Se* Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241; the Return and Answer and Motion to Dismiss Petition, with exhibits; the response and exhibits; the Motions to Strike and responses; and the Report and Recommendation.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation (Doc. 28) is ADOPTED;

2. The *Pro Se* Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is DENIED.

Dated this 15th day of October, 2014.

_____
Cindy K. Jorgenson
United States District Judge